IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROMAN BEY, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00424-TES |
| | * |
| WILKINSON COUNTY DIVISION DEPARTMENT OF FAMILY AND CHILDREN SERVICES, ET AL., | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 4, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 4th day of December, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk